```
                 IN THE UNITED STATES DISTRICT COURT FOR THE
                         EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      ) CR-F-09-00371 LJO
                               )
              Plaintiff,       )
                               ) ORDER ON STIPULATION TO REVISE
     v.                        ) FILING AND HEARING DATES
                               )
WILLIAM JONES,                 )
                               ) DATE: February 19, 2010
                               ) TIME: 10:30 a.m.
              Defendant.       ) PLACE: Courtroom Four
_____) HON: Lawrence J. O'Neill
```

**ORDER**

The court has reviewed and considered the stipulation of the parties to move the filing and hearing dates.  Good Cause is required and has not been established for the continuance.  It is denied without prejudice.

IT IS SO ORDERED.

**Dated:   January 25, 2010**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1