IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-09-00371 LJO |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ON STIPULATION TO REVISE |
| v. ) | FILING AND HEARING DATES |
| ) | |
| WILLIAM JONES, ) | |
| ) | DATE: February 19, 2010 |
| ) | TIME: 10:30 a.m. |
| Defendant. ) | PLACE: Courtroom Four |
| ) | HON: Lawrence J. O'Neill |

**ORDER**

The court has reviewed and considered the stipulation of the parties to move the filing and hearing dates. The government response is now due February 12, 2010, and the motion will be heard on February 19, 2010, at 10:30 a.m. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(D).

IT IS SO ORDERED.

**Dated:   January 25, 2010**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1