BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CR-00371-LJO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| WILLIAM ALONZO JONES, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant William Alonzo Jones, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant William Alonzo Jones' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. One Gateway Computer Tower, serial no. 11002150718.

2. The above-listed property constitutes property which contains visual depictions possessed, transported, shipped, or received, in violation of 18 U.S.C. §§ 2252(a)(2)or was used or

1 intended to be used in any manner or part to commit and to promote
2 the commission of the aforementioned violation, all in violation of
3 18 U.S.C. § 2253.
4     3. Pursuant to Rule 32.2(b), the Attorney General (or a
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the United
7 States Marshals Service, in its secure custody and control.
8     4.  a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
9 U.S.C. § 853(n), and Local Rule 171, the United States shall publish
10 notice of the order of forfeiture. Notice of this Order and notice
11 of the Attorney General's (or a designee's) intent to dispose of the
12 property in such manner as the Attorney General may direct shall be
13 posted for at least 30 consecutive days on the official internet
14 government forfeiture site www.forfeiture.gov. The United States may
15 also, to the extent practicable, provide direct written notice to any
16 person known to have alleged an interest in the property that is the
17 subject of the order of forfeiture as a substitute for published
18 notice as to those persons so notified.
19     b. This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 property, must file a petition with the Court within sixty (60) days
22 from the first day of publication of the Notice of Forfeiture posted
23 on the official government forfeiture site, or within thirty (30)
24 days from receipt of direct written notice, whichever is earlier.
25     5. If a petition is timely filed, upon adjudication of all
26 third-party interests, if any, this Court will enter a Final Order of
27 ///
28 ///

Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   June 4, 2010**                               /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE