BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00371 LJO |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| WILLIAM ALONZO JONES, ) | |
| Defendant. ) | |

WHEREAS, on June 4, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant William Alonzo Jones forfeiting to the United States the following property:

        a.   One Gateway Computer Tower, serial no. 11002150718.

AND WHEREAS, beginning on June 30, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

1 parties of their right to petition the Court within sixty (60) days
2 from the first day of publication for a hearing to adjudicate the
3 validity of their alleged legal interest in the forfeited property;
4      AND WHEREAS, the Court has been advised that no third party has
5 filed a claim to the subject property and the time for any person or
6 entity to file a claim has expired.
7      Accordingly, it is hereby ORDERED and ADJUDGED:
8      1.   A Final Order of Forfeiture shall be entered forfeiting to
9 the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of
11 according to law, including all right, title, and interest of William
12 Alonzo Jones.
13     2.   All right, title, and interest in the above-listed property
14 shall vest solely in the name of the United States of America.
15     3.   The U.S. Marshals Service shall maintain custody of and
16 control over the subject property until it is disposed of according
17 to law.

IT IS SO ORDERED.

**Dated:   January 19, 2011**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE