1  RICHARD BESHWATE, SBN 179782
2  Attorney at Law
   1330 L Street, Suite D
3  Fresno, CA 93721
   (559) 266-5000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:09-CR-00371-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| WILLIAM JONES, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant WILLIAM JONES and CALVIN LEE, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for April 14, 2025, at 9:00 a.m. shall be continued until April 21, 2025, at 9:00 a.m.

Defense counsel is unavailable on April 14, and the parties agree that good cause exists for the continuance. The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: April 7, 2025                    Respectfully submitted,

                                        \s\ Richard A. Beshwate
                                        RICHARD BESHWATE
                                        Attorney for Defendant,
                                        WILLIAM JONES

Dated: April 7, 2025                              Respectfully submitted,

                                        \s\Calvin Lee
                                        Calvin Lee
                                        Assistant U.S. Attorney

## **ORDER**

The sentencing hearing as to the above-named defendant currently scheduled for April 14, 2025, at 9:00 a.m., is continued until **April 21, 2025, at 9:30 a.m. before Chief District Court Judge Troy L. Nunley**.

IT IS SO ORDERED.

Dated:   **April 7, 2025**                              /s/ Barbara A. McAuliffe
                                                                      UNITED STATES MAGISTRATE JUDGE