ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>          v.<br><br>WILLIAM JONES,<br><br>                Defendant. | CASE NO. 1:09-CR-00371-JAM-EPG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>PROPOSED DATE:    April 10, 2026<br>TIME:      2:00 pm<br>COURT:   Duty Magistrate Judge |

This case is set for a status conference on March 27, 2026, at 2:00 pm. It was scheduled for that date and time at the last appearance, because the defendant had hoped to secure a spot at a residential facility that was acceptable to the probation office. Despite best efforts to confirm that the defendant has been offered an appropriate residential arrangement, the defendant has not yet received confirmation that had been requested. If and when that confirmation is obtained, the parties have agreed that the case can be placed on the next available duty magistrate judge calendar to discuss relevant issues. Until then, nothing can be accomplished by additional court appearances. Given that the defendant is detained, court and government resources can be conserved by continuing this case for an additional two weeks. Accordingly, the parties request that the court issue the attached proposed order.

///

///

///

1

Dated:  March 25, 2026

ERIC GRANT
United States Attorney

By:  /s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

Dated:  March 25, 2026

/s/ John Garland
John Garland
Counsel for William Jones

2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>WILLIAM JONES,<br><br>                    Defendant. | CASE NO. 1:09-CR-00371-JAM-EPG<br><br>ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE:      April 10, 2026<br>TIME:      2:00 pm<br>COURT:   Duty Magistrate Judge |

The court has reviewed and considered the stipulation filed by the parties on March 25, 2026. For the reasons outlined in that document, the court finds good cause to continue the case. Accordingly, the status conference for March 27, 2026, is vacated, and the matter is scheduled for a status conference on the duty magistrate judge calendar on April 10, 2026 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **March 26, 2026**                  /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

3